■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDRE RIDDICK, Also Known as XAVIER BINGHAMPTON, Appellant. [911 NYS2d 903]—

Judgment of resentence, Supreme Court, Bronx County (John P. Collins, J.), entered June 18, 2009, as amended, July 1, 2009, resentencing defendant, as a second felony offender, to an aggregate term of 12 years, with five years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision (PRS) was lawful in all respects (see People v Murrell, 73 AD3d 598 [2010], lv granted 15 NY3d 854 [2010]; People v Thomas, 68 AD3d 514, 515 [2009], appeal withdrawn 14 NY3d 845 [2010]).

The resentencing only involved PRS, and did not present the sentencing court with an occasion to revisit the original prison sentence. Regardless of any procedural considerations, we perceive no basis to reduce defendant's prison sentence. Concur—Tom, J.P., Andrias, Sweeny, DeGrasse and Román, JJ.

■ MARK HARDESTY, Appellant, v SLICE OF HARLEM, II, LLC, Respondent. [911 NYS2d 624]—

Order, Supreme Court, New York County (Jane S. Solomon, J.), entered February 17, 2009, which, in an action for personal injuries allegedly sustained when the chair in which plaintiff was sitting collapsed causing him to hit his head against the wall, granted defendant's motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

The motion properly found that plaintiff failed to present triable issues of fact for application of the theory of res ipsa loquitur. The record is devoid of evidence that defendant's control of the chair, located in a restaurant open to the public where innumerable patrons had access to the chair, was sufficiently exclusive "to fairly rule out the chance that the defect . . . was caused by some agency other than defendant's negligence" (Dermatossian v New York City Tr. Auth., 67 NY2d 219, 228 [1986]; see Loiacono v Stuyvesant Bagels, Inc., 29 AD3d 537 [2006]; Rivera-Emerling v M. Fortunoff of Westbury Corp., 281 AD2d 215, 217 [2001]). Concur—Tom, J.P., Andrias, Sweeny, DeGrasse and Román, JJ.